Query  Reports  Utilities  Help  What's New  Log Out

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:23-mj-01475-CFB-1

Case title: USA v. Isaacson

Date Filed: 04/28/2023

Date Terminated: 05/02/2023

Assigned to: Magistrate Judge Celeste F. Bremer

**Defendant (1)**

**Jenna R. Isaacson**
*TERMINATED: 05/02/2023*

represented by **Karla Mariel Reyes**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801-3417
407/648-6338
Email: karla_reyes@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841(b)(1)(A) CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE; 21:841(b)(1)(A) POSSESION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE; 841(A)(1) POSSESION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE;

**Disposition**

5/3/23, 9:13 AM
Case 4:21-cr-40052-JPG   Document 243-1   Filed 05/03/23   Page 2 of 3   Page ID #495
Electronic Case Filing | U.S. District Court - Middle District of Florida

Query   Reports   Utilities   Help   What's New   Log Out

DISTIBUTION OF METHAMPHETAMINE; 841(a)(1) DISTRIBUTION OF METHAMPHETMAINE

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Shannon Laurie**<br>U.S. Attorney's Office<br>2110 First Street., Suite 3-137<br>Fort Myers, FL 33953<br>239-461-2000<br>Fax: 239-461-2219<br>Email: shannon.laurie@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2023 | doc | Arrest of Jenna R. Isaacson- Rule 5c from the Southern District of Illinois on 04/28/2023. Modified on 5/1/2023 (JOR). (Entered: 04/28/2023) |
| 04/28/2023 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Celeste F. Bremer: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/28/2023 as to Jenna R. Isaacson from the Southern District of Illinois. (Digital) (JOR) (Entered: 05/01/2023) |
| 04/28/2023 | 3 | ***CJA 23 Financial Affidavit by Jenna R. Isaacson. (JOR) Modified on 5/1/2023 (JOR). (Entered: 05/01/2023) |
| 04/28/2023 | 4 | ORAL MOTION to Appoint Counsel by Jenna R. Isaacson. (JOR) (Entered: 05/01/2023) |
| 04/28/2023 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER granting 4 Oral Motion to Appoint Counsel as to Jenna R. Isaacson (1). Signed by Magistrate Judge Celeste F. Bremer on 04/28/2023. (JOR)** (Entered: 05/01/2023) |
| 04/28/2023 | 6 | ORAL MOTION for Detention by USA as to Jenna R. Isaacson. (JOR) Modified on 5/1/2023 (JOR). (Entered: 05/01/2023) |
| 04/28/2023 | 7 | ORAL MOTION to Continue Detention Hearing by USA as to Jenna R. Isaacson. (JOR) (Entered: 05/01/2023) |
| 04/28/2023 | 8 | **ORAL ORDER granting 7 Oral Motion to Continue Detention Hearing as to Jenna R. Isaacson (1). Signed by Magistrate Judge Celeste F. Bremer on 04/28/2023. (JOR)** (Entered: 05/01/2023) |
| 04/28/2023 | 9 | **ORDER OF TEMPORARY DETENTION as to Jenna R. Isaacson Detention Hearing set for 5/2/2023 at 11:00 AM in Orlando Courtroom 5 D before Magistrate Judge Leslie Hoffman Price. Signed by Magistrate Judge Celeste F. Bremer on 4/28/2023. (JOR)** (Entered: 05/01/2023) |
| 05/01/2023 | 10 | **ORDER as to Jenna R. Isaacson: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result** |

5/3/23, 9:13 AM
Case 4:21-cr-40052-JPG    Document 243-1    Filed 05/03/23    Page 3 of 3    Page ID #496
Electronic Case Filing | U.S. District Court - Middle District of Florida

Query        Reports        Utilities        Help        What's New        Log Out

| | | |
|---|---|---|
| | | Corrigan on 12/1/2020. **(JOR)** (Entered: 05/01/2023) |
| 05/02/2023 | [11](#) | Minute Entry for In Person proceedings held before Magistrate Judge Leslie Hoffman Price: DETENTION HEARING as to Jenna R. Isaacson held on 5/2/2023. (DIGITAL) **(ECJ)** (Entered: 05/02/2023) |
| 05/02/2023 | 12 | **ORAL ORDER denying 6 Oral Motion for Detention as to Jenna R. Isaacson (1). Order Setting Conditions of Release to be entered separately. Signed by Magistrate Judge Leslie Hoffman Price on 5/2/2023. (ECJ)** (Entered: 05/02/2023) |
| 05/02/2023 | [13](#) | **ORDER Setting Conditions of Release as to Jenna R. Isaacson (1). Signed by Magistrate Judge Leslie Hoffman Price on 5/2/2023. (ECJ)** (Entered: 05/02/2023) |
| 05/02/2023 | [14](#) | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of Illinois as to Jenna R. Isaacson. Signed by Magistrate Judge Leslie Hoffman Price on 5/2/2023. (ECJ)** (Entered: 05/02/2023) |
| 05/02/2023 | | NOTICE to Southern District of Illinois of a Rule 5 or Rule 32 Initial Appearance as to Jenna R. Isaacson regarding your case number: 21-CR-40052-JPG. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. **(ECJ)** (Entered: 05/02/2023) |