PS 42
SDIL (10/12)

## UNITED STATES DISTRICT COURT
### for the
### Southern District Of Illinois

UNITED STATES OF AMERICA              )
                                      )
vs                                    )         Case No.  0754 4:21-cr-40052-JPG-10
                                      )
Jenna R. Isaacson                     )

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jenna R. Isaacson, have discussed with Schuyler J. Stephens, U.S. Probation Officer, modifications of my release conditions as follows:

Participate in available mental health, psychological, and/or psychiatric evaluation and/or treatment as deemed necessary. You must pay all or part of the cost of the program based on your ability to pay as determined by the Court and/or U.S. Probation and Pretrial Services Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____        6/29/23        _____        06/29/2023
Signature of Defendant                  Date            U.S. Probation Officer                 Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        6-29-23
Signature of Defense Counsel                            Date

X       The above modification of conditions of release is ordered, to be effective on    6/30/2023    .

☐       The above modification of conditions of release is not ordered.

_____                        July 5, 2023
Signature of Judicial Officer                           Date