UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNA R. ISAACSON, <br><br> Defendant. | Case No. 21-cv-40052-JPG-10 |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Jenna Isaacson's motion to travel from her home in Lady Lake, Florida, to (1) Calumet City, Cook County, Illinois, on April 15, 2024, to withdraw funds from her bank account at Huntington Bank and to close the account and (2) Mobile, Alabama, from April 17 to April 20, 2024, to meet with her attorney and resolve a pending state larceny case in a court hearing on April 18, 2024 (Doc. 461).

The Government opposed the motion (Doc. 463). It notes she is facing a 10-year mandatory minimum sentence. The Court further notes that the defendant did not disclose the Huntington Bank account as one of her assets to the Probation Office or in her Financial Affidavit used to support the appointment of CJA counsel. The Government challenges Isaacson's statement that the earliest flight she can obtain from Mobile back to Orlando, Florida, is on April 10, 2024; it located several earlier flights, including some leaving late in the day of her state court hearing. Alternatively, it suggests she can make the trip by driving the approximately 7-hour drive. The Government also objects to the lateness of this motion in light of the requested dates of travel and the prior scheduling of the state court hearing.

The Court **GRANTS in part** and **DENIES in part** the motion to travel as follows (Doc. 461). The Court:

2

- **DENIES** the request to travel to Huntington Bank in Calumet City, Cook County, on April 15, 2024, without further details about the account, its contents, and the apparently conflicting representations Isaacson made about her financial condition; and

- **GRANTS in part** the request to travel to Mobile, Alabama, on April 17, 2024, to meet with her attorney and attend a court hearing on April 18, 2024, but **ORDERS** that Isaacson return to her residence in Florida on or before April 19, 2024.

**IT IS SO ORDERED.**
**DATED:  April 12, 2024**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**